# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS (CIVIL CASES)

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/2/2015 3:56:36 PM
DEBBIE AUTREY
Clerk

APPELLATE NO. _____
(To be filled in by COA)

TRIAL COURT NO. CV03085

Sharleen Wilson Allen
(Appellant)

IN THE ____6th____ COURT

VS.

OF

Bryon Wilson

Red River COUNTY, TX

The records of my office reflect the following information in this case:

CASE TYPE: Civil - Real Property: Other

JUDGMENT OR APPEALABLE ORDER SIGNED: August 27, 2015

MOTION FOR NEW TRIAL FILED: n/a

NOTICE OF APPEAL FILED: September 1, 2015

REQUEST FOR FINDINGS OF FACT: n/a

DATE REQUEST FOR REPORTER'S RECORD FILED: n/a

PRESIDING TRIAL COURT JUDGE: Eric Clifford

TRIAL COURT REPORTER(S): Terry Spangler

WAS APPELLANT DECLARED INDIGENT?: _____  __X__
                                    YES     NO

APPELLANT'S COUNSEL IS: Retained __X__  Appointed_____  Pro Se_____

APPELLANT'S ATTORNEY: Ronald Uselton                    75090

ADDRESS: 402 W. Lamar, Ste. 101, Sherman, TX

TELEPHONE: (903) 893-9624  FAX: (903) 813-0306

STATE BAR CARD NO.: 20415775

**APPELLEE'S ATTORNEY:** Donald Johnston

**ADDRESS:** 306 N. Travis St. Ste. 102, Sherman, TX 75090

**TELEPHONE:** (903) 891-9840    **FAX:** (903) 891-4051

**STATE BAR CARD NO.:** 10834550

**DATED THIS** 2nd **DAY OF** September, 2015

Janice Gentry
**CLERK**

**BY:** Dori Lopocla
**DEPUTY CLERK**

(Complete in duplicate - Original to 12ᵗʰ Court of Appeals/Trial Court)
1517 W. Front Street, Suite 354, Tyler, TX 75702

***PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.**

2

NO. CV03085

| | | |
|---|---|---|
| PAUL ALLEN AND SHARLEEN WILSON ALLEN<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 6TH JUDICIAL DISTRICT |
| BRYON WILSON<br>Defendant. | §<br>§<br>§ | OF RED RIVER COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiff, SHARLEEN WILSON ALLEN, as the sole party Plaintiff in interest and assignee of all claims in this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on August 27, 2015.

SHARLEEN WILSON ALLEN desires to appeal because the Court misapplied the applicable statute of limitations and for that and other reasons should not have granted the Motion for Summary Judgment.

This appeal is being taken to the 6th Court of Appeals.

This notice is being filed by SHARLEEN WILSON ALLEN.

Respectfully submitted,

By: /s/ Ronald W. Uselton
Ronald W. Uselton
Texas Bar No. 20415775
Email: ronuse@aol.com
402 W. Lamar, Ste. 101
Sherman, Texas 75090
Tel. (903) 893-9624
Fax. (903) 813-0306
Attorney for Plaintiff, Sharleen Wilson Allen

3

## CERTIFICATE OF SERVICE

I certify that on September 2, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Donald Johnston at (903) 891-4051.

/s/ Ronald W. Uselton
Ronald W. Uselton

4